OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: WR-82,242-01

JEVANTE TREVION MITCHELL-SMITH MDC # 1912079



RETURN TO SENDER
NO SUCH NUMBER

176 GVE-N3B 77002